Michael P. Lehmann (Cal. Bar No. 77152)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:     (415) 229-2080
Facsimile:     (415) 986-3643
E-mail:          mlehmann@cmht.com

Craig C. Corbitt (Cal. Bar No. 83251)
Henry A. Cirillo (Cal. Bar No. 131527)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
E-mail:          ccorbitt@zelle.com
                    hcirillo@zelle.com

*Counsel for Individual Indirect Purchaser
    Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*Martin v. Nvidia Corporation, et al.*, No. 3:07-CV-03217-WHA | Case No. M:07-CV-01826-WHA<br><br>MDL No. 1826<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]**<br><br>Courtroom:  9<br>Hon. William H. Alsup |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action

without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have

appeared," all parties who have appeared hereby stipulate to the voluntary dismissal with

prejudice of the Third Amended Consolidated Class Action Complaint, filed January 18, 2008

(Document No. 281), and all prior complaints filed in this action, with respect to plaintiffs

1  Advanced Technology Distributors, Inc., Vincent Andella, Justus Austin III, Michael Brooks,

2  Joseph Clofine, Christopher C. Crawford, Ron Davison, Judd Eliasoph, Kenneth Douglas

3  Erdmann, Scott Erickson, FME Architecture & Design, Good Sense Financial Services, Inc.,

4  Tim J. Hartshorn, Andrew Jay Heiting-Doane, Heidi Heitkamp, Inc., Jeff Hughes, Roy L.

5  Jacobs, Bret Johnson, Scott Martin, James Matson, Joseph Peirano, Dan Perkel, Angela

6  Roark, Joseph R. Salazar, Kathryn Saunders, Bryan Schindelheim, Paul Smith, Benjamin

7  Stewart, Robert Schuyler Watson, Cory Wiles, and Daniel Yohalem (collectively,

8  "Plaintiffs").

9

10  Dated:  September 10, 2008                    Respectfully submitted,

11

12                                    By:    ____/s/ Fred A. Silva_____

13                                           Fred A. Silva
                                             DAMRELL, NELSON, SCHRIMP, PALLIOS,
                                                 PACHER & SILVA

14                                           1601 I Street, Fifth Floor
                                             Modesto, CA 95354

15                                           Telephone:    (209) 526-3500
                                             Facsimile:    (209) 526-3534

16

17                                           *Counsel for Plaintiff Advanced Technology
                                             Distributors, Inc.*

18

19                                    By:    ____/s/ Kenneth G. Gilman_____

                                             Kenneth G. Gilman

20                                           GILMAN & PASTOR, LLP
                                             225 Franklin Street, 16th Floor

21                                           Boston, MA 02110
                                             Telephone:    (617) 742-9700
                                             Facsimile:    (617) 742-9701

22

23                                           *Counsel for Plaintiffs Vincent Andella and
                                             James Matson*

24

25

26

27

28
                                             -2-

1

2

3

4
By:    /s/ Christopher Lovell
Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
Telephone:    (212) 608-1900
Facsimile:    (212) 719-4677

5

6
*Counsel for Plaintiffs Justus Austin III and
Paul Smith*

7

8

9

10
By:    /s/ Krishna B. Narine
Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Avenue, Suite 300
Elkins Park, PA 19027
Telephone:    (215) 782-3240
Facsimile:    (215) 782-3241

11
*Counsel for Plaintiff Michael Brooks*

12

13

14

15

16
By:    /s/ Eric Somers
Eric Somers
LEXINGTON LAW GROUP, LLP
1627 Irving Street
San Francisco, CA 94122
Telephone:    (415) 759-4111
Facsimile:    (415) 759-4112

17
*Counsel for Plaintiff Joseph Clofine*

18

19

20

21
By:    /s/ Timothy D. Battin
Timothy D. Battin
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, VA 22030
Telephone:    (703) 764-8700
Facsimile:    (703) 764-8704

22
*Counsel for Plaintiff Christopher C. Crawford*

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-03217-WHA

1

By: _____/s/ Richard L. Nelson_____
Richard L. Nelson

2
Attorney at Law
P.O. Box 3158

3
Jackson Hole, WY 83001
Telephone:   (307) 732-2180

4
Facsimile:   (307) 732-2181

5
***Counsel for Plaintiff Ron Davison***

6

7
By: _____/s/ Craig C. Corbitt_____
Craig C. Corbitt

8
ZELLE, HOFMANN, VOELBEL,
     MASON & GETTE LLP

9
44 Montgomery St., Suite 3400
San Francisco, CA 94104

10
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770

11
***Counsel for Plaintiffs Judd Eliasoph and***

12
***     Joseph Peirano***

13
By: _____/s/ Michael P. Lehmann_____
Michael P. Lehmann

14
COHEN, MILSTEIN, HAUSFELD & TOLL,
     P.L.L.C.

15
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111

16
Telephone:   (415) 229-2080
Facsimile:   (415) 986-3643

17
***Counsel for Plaintiff Dan Perkel***

18

19
By: _____/s/ Fred L. Potter_____
Fred L. Potter

20
SULLOWAY & HOLLIS, PLLC
9 Capitol Street

21
Concord, NH 03301
Telephone:   (603) 224-2341

22
Facsimile:   (603) 223-2999

23
***Counsel for Plaintiffs Kenneth Douglas***
***     Erdmann, Good Sense Financial Services,***

24
***     Inc., and Heidi Heitkamp, Inc.***

25

26

27

28

-4-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)]  – Case No. 3:07-CV-03217-WHA

1

By: _____/s/ W. Joseph Bruckner_____
W. Joseph Bruckner

2
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue, Suite 2200

3
Minneapolis, MN 55402
Telephone:    (612) 339-6900

4
Facsimile:    (612) 339-0981

5
*Counsel for Plaintiff Scott Erickson*

6

7
By: _____/s/ Tracy R. Kirkham_____
Tracy R. Kirkham

8
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111

9
Telephone:    (415) 788-3030
Facsimile:    (415) 882-7040

10

11
*Counsel for Plaintiff FME Architecture &*
*Design*

12

13
By: _____/s/ Gene Summerlin_____
Gene Summerlin

14
OGBORN SUMMERLIN & OGBORN, P.C.
610 J Street, Suite 200

15
Lincoln, NE 68508
Telephone:    (402) 434-8040

16
Facsimile:    (402) 434-8044

17
*Counsel for Plaintiff Tim J. Hartshorn*

18
By: _____/s/ Justin E. LaVan_____
Justin E. LaVan

19
LAMARCA & LANDRY, P.C.
1820 N.W. 118th Street, Suite 200

20
Des Moines, IA 50325
Telephone:    (515) 225-2600

21
Facsimile:    (515) 225-8581

22
*Counsel for Plaintiff Andrew Jay Heiting-*
*Doane*

23

24

25

26

27

28

-5-

1                         By:      /s/ Michael G. Simon

2                              Michael G. Simon
FRANKOVITCH, ANETAKIS, COLANTONIO
     & SIMON

3                              337 Penco Road
Weirton, WV 26062

4                              Telephone:   (304) 723-4400
Facsimile:    (304) 723-5892

5

6                              ***Counsel for Plaintiff Jeff Hughes***

7                         By:      /s/ Stephen T. Rodd

8                              Stephen T. Rodd
ABBEY SPANIER RODD ABRAMS &
     PARADIS LLP

9                              212 East 39th Street
New York, NY 10016

10                           Telephone:   (212) 889-3700
Facsimile:    (212) 684-5191

11

12                          ***Counsel for Plaintiff Roy L. Jacobs***

13                       By:      /s/ W. Randolph Patton

14                           W. Randolph Patton
PATTON, SHEA & KIRALY, P.C.

15                          3016 West Charleston Boulevard, Suite 195
Las Vegas, NV 89102

16                         Telephone:   (702) 870-6790
Facsimile:    (702) 870-7490

17                          ***Counsel for Plaintiff Bret Johnson***

18

19                       By:      /s/ Ilan J. Chorowsky

20                          Ilan J. Chorowsky
PROGRESSIVE LAW GROUP, LLC
1130 North Dearborn Street, Suite 3110
Chicago, IL 60610

21                         Telephone:   (312) 643-5893
Facsimile:    (312) 643-5894

22

23                          ***Counsel for Plaintiff Scott Martin***

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-03217-WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ William C. Wright
William C. Wright
THE LAW OFFICE OF WILLIAM C.
    WRIGHT, P.A.
319 Clematis Street, Suite 902
West Palm Beach, FL 33401
Telephone:     (561) 514-0904
Facsimile:     (561) 514-0905

*Counsel for Plaintiff Angela Roark*


By:     /s/ Adam C. Belsky
Adam C. Belsky
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone:     (415) 544-0200
Facsimile:     (415) 544-0201

*Counsel for Plaintiffs Joseph R. Salazar,*
    *Benjamin Stewart, and Daniel Yohalem*


By:     /s/ Joseph G. Sauder
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:     (610) 642-8500
Facsimile:     (610) 649-3633

*Counsel for Plaintiff Kathryn Saunders*


By:     /s/ Daniel L. Warshaw
Daniel L. Warshaw
PEARSON, SIMON, SOTER, WARSHAW &
    PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:     (818) 788-8300
Facsimile:     (818) 788-8104

*Counsel for Plaintiff Bryan Schindelheim*

-7-

STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-03217-WHA

1

By:    /s/ Dennis J. Johnson

2
Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road

3
P.O. Box 2305
South Burlington, VT 05403

4
Telephone:    (802) 862-0030
Facsimile:    (802) 862-0060

5

6
*Counsel for Plaintiff Robert Schuyler Watson*

7

By:    /s/ B.J. Wade

8
B.J. Wade
GLASSMAN, EDWARDS, WADE AND
    WYATT, P.C.

9
26 North Second Street Building
Memphis, TN 38103

10
Telephone:    (901) 527-4673
Facsimile:    (901) 521-0940

11

12
*Counsel for Plaintiff Cory Wiles*

13

14
Dated: September 10, 2008

By:    /s/ John C. Dwyer

15
John C. Dwyer
James Donato
Whitty Somvichian

16
COOLEY GODWARD KRONISH LLP
101 California St., 5th Floor

17
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000

18
Facsimile:    (415) 693-2222

19
*Counsel for Defendant NVIDIA Corporation*

20

21
Dated: September 10, 2008

By:    /s/ Margaret M. Zwisler

22
Margaret M. Zwisler
Eric J. McCarthy
Amanda P. Reeves

23
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000

24
Washington, DC 20004-1304
Telephone:    (202) 637-2200

25
Facsimile:    (202) 637-2201

26

27

28

-8-

Charles H. Samel
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone:    (213) 485-1234
Facsimile:     (213) 891-8763

***Counsel for Defendants ATI Technologies ULC, Advanced Micro Devices, Inc., AMD US Finance, Inc., and 1252986 Alberta ULC***

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  September 10, 2008

By:    ___/s/ Henry A. Cirillo_____
                    Henry A. Cirillo

STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)]  – Case No. 3:07-CV-03217-WHA

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP, located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1.    STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]; and

2.    CERTIFICATE OF SERVICE.

☑    **By Electronic Filing**:  I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on September 15, 2008 at San Francisco, California.

Signed /s/   Robert L. Newman